IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JUAN RIVERA-FLORES,<br><br>             Defendant | **8:26CR36**<br><br>**ORDER** |

This matter is before the Court on Defendant's Amended Unopposed Motion to Continue Trial (Filing No. 31).  Counsel needs additional time to complete the investigation, review discovery, and prepare for trial. For good cause shown,

IT IS ORDERED that the Amended Unopposed Motion to Continue Trial (Filing No. 31) is granted as follows:

1.    The jury trial now set for May 11, 2026, is continued to **June 15, 2026.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 15, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.    Defendant's Unopposed Motion to Continue Jury Trial (Filing No. 29) and Unopposed Motion to Continue Jury Trial (Filing No. 30) are denied as moot.

Dated the 27th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge